Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

9th Cir. No. 15-71346

Case Name: Her Majesty the Queen in Right of Canada v. USDC-NVL

The Clerk will enter my appearance as counsel on behalf of: United States, Real Party in Interest

☐ Appellant   ☐ Petitioner   ☐ Amicus Curiae
☐ Appellee    ☐ Respondent   ☐ Intervenor

Lead counsel must be designated if a party is represented by more than one attorney or law firm.
☐ Check if you are lead counsel

☐ (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm)

I am replacing (name of counsel):

| | |
|---|---|
| Signature | s/ Elizabeth O. White |
| Date | May 5, 2015 |
| Name | Elizabeth O. White |
| Address | U.S. Attorney's Office |
| | 100 West Liberty #600 |
| City | Reno    State NV    Zip Code 89501 |
| Phone Number (for ex., 4153558000) | (775) 784-5438 |