FILED

JUL 21 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: HER MAJESTY THE QUEEN IN RIGHT OF CANADA. | No. 15-71346 |
| | D.C. No. 2:14-cr-00006-APG-GWF |
| HER MAJESTY THE QUEEN IN RIGHT OF CANADA, | District of Nevada, Las Vegas |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS, | |
| Respondent, | |
| NATHAN NATI STOLIAR; et al., | |
| Real Parties in Interest. | |

Before: GOODWIN, FARRIS, and FRIEDLAND, Circuit Judges.

Judge Friedland has voted to deny the petition for rehearing en banc, and Judges Goodwin and Farris have so recommended.

RJ/MOATT

The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 35.

The petition for rehearing en banc is denied.

No further filings will be entertained in this closed case.